

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00116-CV

Lee **WEIR**, Mike Weir and Al Weir,
Appellants

v.

**HOLT TEXAS, LTD.** d/b/a Holt Cat,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00097
Honorable Gloria Saldaña, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
            Karen Angelini, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  April 8, 2015

DISMISSED FOR WANT OF PROSECUTION

The clerk's record was originally due on March 2, 2015.  The trial court clerk filed a

Notification of Late Record, stating the clerk's record has not been filed because appellants have

failed to pay or make arrangements to pay the clerk's fee for preparing the record and that

appellants are not entitled to appeal without paying the fee.  Accordingly, on March 13, 2015, this

court ordered appellants to provide written proof to this court no later than March 23, 2015 that

either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or

(2) appellants are entitled to appeal without paying the clerk's fee.  Our order cautioned appellants

that if they failed to file such written proof within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).  Appellants have not responded to our order.

Therefore, this appeal is dismissed for want of prosecution.

PER CURIAM